UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                       Chapter 13

BRIAN ROBERT RAGAN,                      Case No. 09-B-17364

                                   Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| City of New – Dept. of Finance<br>59 Maiden Lane<br>New York, New York 10038 | $26.00 |

Trustee's check to your order in the sum of $26.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
          April 19, 2011

                                                                        Respectfully submitted,
                                                                        */s/ Jeffrey L. Sapir*
                                                                        JEFFREY L. SAPIR
                                                                        Standing Chapter 13 Trustee